UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:  Chapter 13

    Joseph Jasiel and Barbara Jasiel,  Case No. 14-36243-cgm

    Debtors

-------------------------------------------------------X

## ORDER APPROVING LOAN MODIFICATION AGREEMENT

Upon the motion, by notice of presentment, dated February 4, 2015 (the "Motion"), for an order pursuant to Fed. R. Bankr P. 9019 and General Order #M-413 approving the entry into and performance by Joseph Jasiel and Barbara Jasiel (the "Debtors") of a Proposed Loan Modification Agreement, a copy of which is attached hereto as **Exhibit A** (the "Loan Modification"), modifying the loan referred to therein and related mortgage serviced by Bank of America on the Debtors' residence; and there being due and sufficient notice of the Motion; and there being no opposition to the requested relief; and no additional notice of or a hearing on the Motion being required under the circumstances; and it appearing that the Loan Modification is fair and reasonable and in the best interests of the Debtors and the estate, it is hereby

ORDERED, that the Motion is granted and the Debtors are authorized to enter into and perform the Loan Modification.



**Dated: March 25, 2015**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**